UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-559-GW (FFMx) | Date | September 22, 2016 |
|---|---|---|---|
| Title | *Ileana Putter, et al. v. Macys West Stores, Inc.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):    ORDER TO SHOW CAUSE RE SETTLEMENT**

A Joint Notice of Settlement was filed on September 20, 2016 [14].  The Court sets an Order to Show Cause re: Settlement Hearing is set for November 28, 2016 at 8:30 a.m.  The parties are advised that the order to show cause will be vacated and no appearance will be required  provided that a Stipulation to Dismiss, with a proposed order, is filed by noon on November 23, 2016.

All previously set deadlines and dates are vacated and taken off-calendar.

:

Initials of Preparer   JG